UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CHEVRON U.S.A. INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO WARREN OIL CORPORATION, WARREN PETROLEUM CORPORATION AND GULF OIL CORPORATION | CIVIL ACTION NO. 10-0764 |
| VERSUS | JUDGE ROBERT G. JAMES |
| TERRY HIXON CUREINGTON, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 27] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' Motion for Summary Judgment [Doc. No. 16] is GRANTED, and that this case is DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 21st day of March, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE